IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MARK S. LEWIS**                                                                                  **PLAINTIFF**
**ADC #650548**

**v.**                           Case No. 3:17-cv-00204

**JUSTIN BARNES, HEATHER
STEELE, PARAGOULD PAROLE
OFFICE**                                                        **DEFENDANTS**

## ORDER

Plaintiff Mark S. Lewis, an inmate in the Arkansas Department of Corrections Pine Bluff Unit, filed a *pro se* complaint (Dkt. No. 1) pursuant to 42 U.S.C. § 1983 alleging that defendants Justin Barnes, Heather Steele, and the Paragould Parole Office violated his constitutional rights when his parole was denied. Mr. Lewis did not submit a filing fee. Pursuant to the Prison Litigation Reform Act, in order for Mr. Lewis to commence a federal action without prepayment of fees, he must submit a calculation sheet prepared and signed by an authorized official of the incarcerating facility, which reflects the deposits and monthly balances in Mr. Lewis' trust account at the facility during the six-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915(a)(2). Mr. Lewis has neither submitted a motion to proceed *in forma pauperis* nor a completed calculation sheet.

Within 30 days of the entry of this Order, Mr. Lewis must either: (1) pay the $400 filing fee in full or (2) file a properly completed application to proceed *in forma pauperis* for the Court's review and consideration. If Mr. Lewis does not pay the filing fee or submit a properly completed *in forma pauperis* application within 30 days, this action may be dismissed without prejudice.

The Clerk of the Court is directed to send Mr. Lewis a blank application to proceed *in forma pauperis*, including calculation sheet.

So ordered this the 7th day of March, 2018.

_____
Kristine G. Baker
United States District Judge