IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MARK S. LEWIS**  **PLAINTIFF**
**ADC #650548**

v.   Case No. 3:17-cv-00204-KGB

**JUSTIN BARNES,** *et al***.**   **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing without prejudice this case; the relief sought is denied.

So ordered this 30th day of October, 2018.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE